UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

WOODMONT RAMAPO, LLC,                     :
                        Plaintiff,         :
                                           :          **ORDER**
v.                                         :
                                           :          23 CV 594 (VB)
ANTHONY PARKS,                             :
                        Defendant.         :
--------------------------------------------------------------x

        On January 23, 2023, defendant, proceeding pro se and in forma pauperis, removed this action from Justice Court, Town of Ramapo.  (Doc. #1).

        On March 17, 2023, plaintiff moved to remand this action to state court.  (Doc. #5).

        On April 21, 2023, the Court issued an Order setting a deadline of May 5, 2023, for defendant to respond to the motion.  (Doc. #10).  To date, defendant has not responded to plaintiff's motion.

        Accordingly, it is hereby ORDERED:

        1.        Defendant's deadline to respond to plaintiff's motion to remand is sua sponte extended to **June 5, 2023**.  Defendant is reminded that he is expected to review the Motions Guide for Pro Se Litigants, which the Court mailed to him on April 21, 2023, and follow the instructions therein.  (See Doc. #10).

        2.        By **June 20, 2023**, plaintiff shall a reply, if any.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal.  Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

        Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated:  May 11, 2023
        White Plains, NY

                                        SO ORDERED:


                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge