UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
WOODMONT RAMAPO, LLC,
          Plaintiff,

v.

ANTHONY PARKS,
          Defendant.
--------------------------------------------------------------x

**ORDER**

23 CV 594 (VB)

On January 23, 2023, defendant, proceeding pro se and in forma pauperis, removed this action from the Justice Court, Town of Ramapo. (Doc. #1).

On March 17, 2023, plaintiff moved to remand this action to state court. (Doc. #5). Defendant's response to the motion was due July 5, 2023. (Doc. #24).

On July 5, 2023, defendant filed a "notice of motion to dismiss without prejudice." (Doc. #25). In the "motion," defendant states "there is no basis to continue this action When the New York Appellate Court has agreed to reinstate the subject case, therefore Petitioner moves to dismiss this action without prejudice." (Id.).

The Court fairly construes defendant's "motion" as a consent to plaintiff's pending motion to remand. Accordingly, plaintiff's motion to remand is GRANTED. (Doc. #5).

The Clerk is instructed to remand this case to the Justice Court, Town of Ramapo. The Clerk is further instructed to terminate the pending motions. (Docs. ##5, 25).

Chambers will mail a copy of this Order to defendant at the address listed on the docket.

Dated: July 6, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge